UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER IAN LARSEN,

    Plaintiff,

    v.

CITY OF SAN CARLOS,

    Defendant.

Case No.  14-cv-04731-JD

**ORDER TO SHOW CAUSE**

At 1:30 p.m. this afternoon, Wednesday, January 21, 2015, the Court held a case management conference in this matter. Plaintiff's counsel did not appear. Counsel neither requested nor was granted leave not to appear. Accordingly, plaintiff's counsel is hereby ordered to show cause in writing why the Court should not impose monetary sanctions for counsel's failure to appear at the case management conference. The response to this order is due by 3:00 p.m. on Friday, January 23, 2015. Defendant need not submit a statement.

Plaintiff's counsel and plaintiff are advised that the Court will hold a hearing on defendant's motion to dismiss on January 28, 2015, at 10:00 a.m. Any failure to appear at that hearing may result in dismissal of this action.

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
JAMES DONATO
United States District Judge